**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles Joseph Avestro BECKER,
Defendant–Appellant.**

No. 03–50342.

United States Court of Appeals,
Ninth Circuit.

Sept. 8, 2004.

Bruce Searby, Esq., Damien Martinez, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

Kathryn A. Young, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant. D.C. No. CR–01–00976–DT–01.

Before: FARRIS, KOZINSKI, and SILVERMAN, Circuit Judges.

### ORDER

The petition for rehearing is granted only as to the issue concerning *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Ameline,* 376 F.3d 967 (9th Cir.2004). Because the portion of Becker's sentence that is clearly unaffected by *Blakely* and *Ameline* has expired, we remand Becker's sentence for such further proceedings as the district court deems appropriate under the circumstances. *See United States v. Castro,* No. 03–50444 (9th Cir. Aug. 27, 2004).